049601/21236/JAF/JAP

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MANUEL FARIAS, | |
| Plaintiff, | |
| v. | No. 22-cv-01828 |
| J&K EXPRESS, INC. and FREDDY L. GARCIA, | |
| Defendants. | |

## NOTICE OF REMOVAL

NOW COME the Defendants, J&K EXPRESS, INC. and FREDDY L. GARCIA, by their attorney, Joseph A. Panatera of CASSIDAY SCHADE LLP, and for their Notice of Removal state as follows:

1. Plaintiff filed his Complaint in the Circuit Court of Cook County, Illinois, on January 21, 2022, as the result of a motor vehicle accident that occurred on January 22, 2020. (*See* a copy of Plaintiffs' Complaint attached hereto as **Exhibit A**).

2. The Defendants named in Plaintiff's Complaint are J&K EXPRESS, INC. and FREDDY L. GARCIA. *See Ex. A.*

3. On March 31, 2022, Defendants were served with the Summons and Complaint for this lawsuit. A Hidalgo County, Texas deputy stamped the Summons and signed that it was served on March 31, 2022. (*See* Summons attached hereto as **Exhibit B** and the Deputy's signature attached as **Exhibit C**). This notice is filed within thirty (30) days after service of the Complaint pursuant to 28 USC 1446.

4. At the time this action was commenced, and since then, J&K EXPRESS, INC. have been a corporation organized and existing under the laws of the State of Texas with its

principal place of business in Mission, Texas. (*See* Affidavit of Karina Molina attached as **Exhibit D**).

5. At the time this action was commenced, and since, FREDDY L. GARCIA, has been a citizen and resident of McAllen, Texas. (*See* Affidavit of Mr. Garcia attached as **Exhibit E**).

6. Upon information and belief, at the time the action was commenced and since, Plaintiff has been a citizen of the State of Illinois.

7. Diversity of Citizenship remains amongst the parties to this action.

8. Plaintiff allegedly suffered injuries of a personal, pecuniary and permanent nature. Further, Plaintiff's counsel signed an Affidavit alleging that the money damages sought in this matter exceed $50,000. Based on this information, the amount in controversy exceeds Seventy-Five Thousand ($75,000.00) Dollars, exclusive of interests and costs. *See Ex. A*.

9. On April 1, 2022, Defendants' counsel spoke to Plaintiff's counsel and Plaintiff's counsel agreed that the amount in controversy is in excess of $75,000.

9. This action is a civil one in which the United States District Courts have original jurisdiction under 28 USC 1332.

10. Attached are copies of the Complaint, Summons and Deputy's stamp and signature. These documents are all of the pleadings, process and orders that have been served on J&K EXPRESS, INC. and FREDDY L. GARCIA.

WHEREFORE, Defendants, J&K EXPRESS, INC. and FREDDY L. GARCIA pray that this cause be removed to the United States District Court for the Northern District of Illinois, Eastern District.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By: /s/Joseph A. Panatera
            One of the Attorneys for Defendants, J&K EXPRESS, INC. and FREDDY L. GARCIA

Joseph A. Panatera
ARDC#6288487
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jpanatera@cassiday.com

11014685 JPANATER;JPANATER