IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – LAW DIVISION

FILED
1/20/2022 4:21 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
16381245

| | |
|---|---|
| Manuel Farias, | ) |
| Plaintiff, | ) No. 2022L000659 |
| v. | ) |
| J & K Express, Inc. & Freddy L. Garcia, | ) Hearing Date: 3/24/2022 9:30 AM |
| Defendants. | ) |

## COMPLAINT

NOW COMES the Plaintiff, Manuel Farias, by and through his attorneys, THE LAW OFFICES OF McCREADY, GARCIA & LEET, P.C., and in his complaint against the Defendants, J & K Express, Inc. & Freddy L. Garcia, states as follows:

### FACTS COMMON TO ALL COUNTS

1. On or about January 22, 2020, Plaintiff, Manuel Farias ("Plaintiff") was occupying his vehicle stopped in the right most lane, which was a right turn only lane on Pershing Road at or near its intersection with Wentworth Avenue, in Chicago, Illinois.

2. At the same time and location, Defendant, Freddy L. Garcia, acting as an employee, agent, and/or servant of Defendant J & K Express, Inc. was attempting to make a right hand turn from the middle lane which was not identified as a turn lane.

3. Defendant's vehicle came into contact with Plaintiff's vehicle.

4. At all material times, Plaintiff was exercising reasonable care for his safety and was free from contributory negligence.

5. At all times pertinent, it was the duty of the Defendants Garcia & J & K Express, Inc. to operate a vehicle with reasonable care for the safety of the Plaintiff and others on the roadway.

## COUNT I-Farias v. Garcia

6. The Plaintiff hereby adopts and re-alleges paragraphs 1-5 as though fully set forth herein.

7. Defendant Garcia acting as an employee, agent, and/or servant to Defendant J & K Express, Inc. breached this duty and was negligent in one or more of the following ways:

a. Failed to drive at a speed which was reasonable and proper with regard to traffic conditions in violation of 625 ILCS 5/11-601;

b. Turned said vehicle from a direct course when such movement could not be made with reasonable safety in violation of 625 ILCS 5/11-804;

c. Failed to decrease speed in order to avoid colliding with a person or vehicle in violation of 625 ILCS 5/11-601;

d. Operated a motor vehicle on a roadway while using an electronic communication device in violation of 625 ILCS 5/12-610.2;

e. Failed to drive as nearly as practicable entirely within a single lane in violation of 625 ILCS 5/11-707;

f. Failed to properly turn in violation of 625 ILCS 5/11-801;

g. Improperly overtook the plaintiff's vehicle on the right in violation of 625 ILCS 5/11-704.

8. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of Defendant Garcia acting as an employee, agent, and/or servant to Defendant J & K Express, Inc., the Plaintiff suffered injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, Manuel Farias, prays for damages in an amount greater than the

jurisdictional limit as he shall prove at trial plus costs and any other relief the Court deems just or equitable.

## **COUNT II-Farias v. J & K Express, Inc.**

9. The Plaintiff hereby adopts and re-alleges paragraphs 1-5 as though fully set forth herein.

10. Defendant J & K Express, Inc. by and through its employee, agent, and/or servant Defendant Garcia breached this duty and was negligent in one or more of the following ways:

a. Failed to drive at a speed which was reasonable and proper with regard to traffic conditions in violation of 625 ILCS 5/11-601;

b. Turned said vehicle from a direct course when such movement could not be made with reasonable safety in violation of 625 ILCS 5/11-804;

c. Failed to decrease speed in order to avoid colliding with a person or vehicle in violation of 625 ILCS 5/11-601;

d. Operated a motor vehicle on a roadway while using an electronic communication device in violation of 625 ILCS 5/12-610.2;

e. Failed to drive as nearly as practicable entirely within a single lane in violation of 625 ILCS 5/11-707;

f. Failed to properly turn in violation of 625 ILCS 5/11-801;

g. Improperly overtook the plaintiff's vehicle on the right in violation of 625 ILCS 5/11-704.

11. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions of Defendant J & K Express, Inc. by and through its employee,

agent, and/or servant Defendant Garcia, the Plaintiff suffered injuries of a personal, pecuniary and permanent nature.

WHEREFORE, Plaintiff, Manuel Farias, prays for damages in an amount greater than the jurisdictional limit as he shall prove at trial plus costs and any other relief the Court deems just or equitable.

Manuel Farias

*Michael P. McCready*
Michael P. McCready
*Counsel for Plaintiff*

McCready, Garcia & Leet, P.C.
111 West Washington Street, Suite 1760
Chicago, IL 60602
t: (773) 779-9885
f: (773) 373-2375
service@mccreadylaw.com

## **RULE 222(B) AFFIDAVIT**

Michael McCready, having been first duly sworn and upon oath states as follows:

1. I would be competent to testify concerning the matters contained in this affidavit.

2. As attorney for Manuel Farias, I have reviewed the facts of this case and have determined that the total amount of money damages sought is greater than $50,000.00.

Further affiant sayeth naught.

_____
Michael P. McCready

[x] Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Michael P. McCready